IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL NO. 3:18CV 597

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **COMPLAINT FOR** |
| ) | **FORFEITURE** *IN REM* |
| APPOXIMATELY $29,580.00 IN ) | |
| CURRENCY SEIZED FROM ROBERT ) | |
| ALEJANDRO SALGADO ON OR ABOUT ) | |
| JUNE 11, 2018, ) | |
| ) | |
| Defendant. | |

Now comes the United States of America, Plaintiff herein, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina, in a civil cause of forfeiture, and respectfully states the following:

### INTRODUCTION

1. This is a civil action *in rem* against approximately $29,580.00 in United States Currency (also identified herein as "the Currency") seized from Robert Alejandro Salgado pursuant to the provisions of 21 U.S.C. § 881 and 18 U.S.C. § 981.

2. This civil action is brought against the Currency because the Currency constitutes money furnished or intended to be furnished by any person in exchange for a controlled substance or listed chemical in violation of 21 U.S.C. §§ 841 and/or 846, proceeds traceable to such an exchange, and money used or intended to be used to facilitation a violation of 21 U.S.C. §§ 841 and/or 846, and is therefore subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6).

1

3. Procedures for this action are mandated by 21 U.S.C. § 881, 18 U.S.C. § 983, 19 U.S.C. §§ 1602-1621, and, to the extent applicable, the Federal Rules of Civil Procedure and accompanying Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

4. This Court has jurisdiction over this matter by virtue of 28 U.S.C. §§ 1345 and 1355.

5. This Court has venue in this matter pursuant to 28 U.S.C. § 1395.

6. The Currency has been seized and is now within the Western District of North Carolina.

7. Based on the following facts, verified by Drug Enforcement Administration Special Agent Matthew B. Taylor, this action seeks the forfeiture of all right, title, and interest in the Currency.

## JUNE 6, 2018 TRAFFIC STOP IN HERNANDO COUNTY, FLORIDA

8. On June 6, 2018, police in Hernando County, Florida conducted a traffic stop of Sanford Paul Butler (hereafter, "Butler") after Butler crossed three lanes of traffic without signaling. A K9 alerted to Butler's vehicle. A search of the vehicle revealed (1) a one shoulder backpack that contained two vacuum sealed bags, each containing approximately .25 pounds of marijuana and (2) a duffle bag that contained seven separate vacuum sealed bags containing one pound total of marijuana.

## JUNE 11, 2018 TRAFFIC STOP AND SEIZURE
## OF CURRENCY IN CHARLOTTE

9. On June 11, 2018, United States Drug Enforcement Agency Task Force Officer Christopher Newman—who is also a Charlotte Mecklenburg Police Department K9 Officer—was

2

stationed in an unmarked vehicle in the parking lot of the South Park Mall in Charlotte, North Carolina. TFO Newman had received information, based on an undercover investigation, that Robert Alejandro Salgado ("Salgado") would be in the South Park Mall area in order to conduct an illegal narcotics transaction involving the exchange of currency from Salgado for marijuana.

10. TFO Newman observed a black Mercedes-Benz sport utility vehicle occupied by two individuals enter one of the mall parking lots and park for an extended period of time at the back of the lot. TFO Newman also observed the passenger of that Mercedes engage in a discussion with another individual who drove up to the Mercedes, exited his vehicle, spoke with the Mercedes passenger, and then left.

11. Immediately after the interchange, the Mercedes exited the parking lot. Shortly thereafter, TFO Newman and other CMPD officers conducted a stop of the Mercedes.

12. When TFO Newman conducted the stop and approached the Mercedes, he detected the odor of marijuana. TFO Newman has attended numerous law enforcement trainings and has worked for multiple years as a narcotics officer. Thus, he is familiar with the odor of marijuana.

13. The driver of the Mercedes identified himself as Butler. TFO Newman advised Butler, and the passenger, Salgado, that TFO Newman detected the odor of marijuana and that he had observed the Mercedes at South Park Mall for some time. The individuals denied smoking marijuana in the vehicle.

14. Based on his communications with Butler and Salgado, TFO Newman learned that Butler had a Florida driver's license and that Salgado had rented the Mercedes in Tampa, Florida.

15. TFO Newman inquired with Salgado and Butler separately about the purpose of their trip, and received inconsistent stories. Salgado advised that he was in Charlotte to visit family in North Carolina, who resided three hours from Charlotte. Butler advised that he was

3

traveling to Ohio to visit a friend. Neither offered an explanation for their presence for an extended period in the South Park Mall parking lot.

16. TFO Newman discussed consent to search with Butler but Butler did not provide a clear response on whether he consented or objected to a search. Thus, based on the circumstances—including his knowledge about the undercover investigation, the suspicious activity in the mall parking lot, and the odor of marijuana in the vehicle—TFO Newman undertook a probable cause search of the vehicle.

17. TFO Newman identified marijuana "shake" on the floorboard of the Mercedes. Other than a pair of shorts, TFO Newman did not locate any clothes or luggage within the Mercedes. However, TFO Newman located the $29,580.00 in Currency within a bank bag inside a backpack that Salgado claimed belonged to him.

18. Salgado was previously convicted of misdemeanor possession of marijuana and Butler was previously convicted of numerous offenses, including but not limited to possession of cannabis.

19. TFO Newman seized the Currency, and Salgado and Butler left the scene.

### OCTOBER 23, 2018 SEARCH OF SALGADO'S TAMPA RESIDENCE

20. On October 23, 2018, law enforcement in Tampa, Florida executed a state Search Warrant on Salgado's residence at 1216 Cumberland Avenue, Tampa, Florida. Upon execution of the Search Warrant, law enforcement located, among other items, approximately 116.5 grams of marijuana; marijuana vapor pens; THC oil; numerous United States Postal Service documents reflecting mailing of multi-pound packages between, among other places, California and Florida; receipts reflecting travel between California and Florida; handwritten calculations on money and drugs; bank documents involving, among other account holders, Florida Drywall Group; United

4

States Currency bands; and documentation of rental car purchases involving one or more instances in which Salgado rented vehicles, including rentals in California.

## ADMINISTRATIVE FORFEITURE

21. Following the traffic stop in Charlotte, DEA initiated an administrative forfeiture action against the currency. Salgado filed a claim for the Currency. The United States files this Complaint in response to the claim.

## CONCLUSION

22. By virtue of the foregoing, all right, title, and interest in the Currency vested in the United States at the time of the commission of the unlawful act giving rise to forfeiture, 21 U.S.C. § 881(h), and has become and is forfeitable to the United States of America.

23. Upon information and belief, the following persons may have or claim an interest in the Currency:

>Roberto Salgado
>c/o Sam Randall, Esq.
>Randall & Stump, PLLC
>2125 Southend Drive
>Suite 253
>Charlotte, NC 28203
>
>Roberto Salgado
>12717 Linda Drive
>Tampa, FL 33612
>
>Sanford Paul Butler
>12371 Mayberry Rd
>Spring Hill, FL 34609-1641
>
>Florida Drywall Group, Inc.
>Roberto Salgado
>Martha Bonilla
>12717 Linda Dr
>Tampa, FL 33612-4232

WHEREFORE, the United States of America respectfully prays the Court that:

(1) a warrant for the arrest of the Defendant be issued;

(2) due notice be given to all parties to appear and show cause why the forfeiture should not be decreed;

(3) judgment be entered declaring the defendant to be condemned and forfeited to the United States of America for disposition according to law; and

(4) the United States be granted such other and further relief as this Court may deem just and proper, together with the costs and disbursements of this action, including but not limited to the expenses of maintenance and protection of defendant property as required by 28 U.S.C. § 1921.

Respectfully submitted this 8th day of November, 2018.

    R. ANDREW MURRAY
    UNITED STATES ATTORNEY

    **s/ Benjamin Bain-Creed**
    Florida Bar # 0021436
    Assistant United States Attorney
    Suite 1650, Carillon Building
    227 West Trade Street
    Charlotte, North Carolina 28202
    Telephone: (704) 344-6222
    Email: benjamin.bain-creed@usdoj.gov

STATE OF NORTH CAROLINA
COUNTY OF MECKLENBURG

## VERIFICATION

Matthew B. Taylor deposes and says under penalty of perjury:

I am a Special Agent with Drug Enforcement Administration and one of the agents assigned to this case.

I have read the foregoing Complaint and the factual information contained therein is true according to the best of my knowledge, information, and belief.

_____
Matthew B. Taylor, Special Agent

STATE OF North Carolina
COUNTY OF Mecklenburg

I certify that Matthew B. Taylor personally appeared before me this day, acknowledging to me that he signed the foregoing document.

This the 8th day of November, 2018.

_____
Notary Public
My Commission Expires: 11/19/2018

Lauren Amanda Fowler Hefferon
NOTARY PUBLIC
Cabarrus County, North Carolina

7