IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-cr-597

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | DEFAULT JUDGMENT |
| | ) | |
| APPROXIMATELY $29,580.00 IN CURRENCY SEIZED FROM ROBERT ALEJANDRO SALGADO ON OR ABOUT JUNE 11, 2018 | ) ) ) ) | |

A default having been entered against Defendant, (Doc. No. 6), and counsel for the United States having now requested judgment by default all in accordance with Rule 55(b)(2) of the Federal Rules of Civil Procedure, (Doc. No. 7), Judgment by default is rendered in favor of Plaintiff, the United States of America. The Court declares that the United States is the lawful owner of all right, title and interest in the subject property: **Approximately $29,580.00 in currency seized from Robert Alejandro Salgado.**

IT IS SO ORDERED.

Signed: January 16, 2019

_____
Robert J. Conrad, Jr.
United States District Judge

1